UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| SILVESTRE ELIZAZAR CASTELLANOS-ZEPEDA, | : : : | |
| Petitioner, | : : | Civ. No. 23-3677 (RBK) |
| v. | : : | |
| WARDEN, FCI FORT DIX, | : : | **MEMORANDUM & ORDER** |
| Respondent. | : : | |

Petitioner is a federal prisoner currently incarcerated at F.C.I. Fort Dix, in Fort Dix, New Jersey. He is proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Presently pending before this Court is Petitioner's request for an extension of time in which to file a reply brief in support of his habeas petition. (*See* ECF 10). Good cause being shown, Petitioner's request shall be granted.

Accordingly, IT IS on this 5th day of December, 2023,

ORDERED that Petitioner's request for an extension of time in which to file a reply brief in support of his habeas petition (ECF 10) is granted; Petitioner may file his reply brief on or before December 14, 2023; and it is further

ORDERED that the Clerk shall serve this memorandum and order on Petitioner by regular U.S. mail.

s/ Robert B. Kugler
ROBERT B. KUGLER
United States District Judge